AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE J. COLEY and
CALGARY MACKENZIE,

    Plaintiffs.

        **v.**

FREEDOM TRAILERS, LLC,
et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-005

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 15, 2026, Defendants' motions to dismiss are granted as to Plaintiffs' Counts One and Two, and these counts are dismissed with prejudice. Further, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining claims, Counts Three, Four, and Five, and these counts are dismissed without prejudice. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

April 16, 2026
Date

John E. Triplett, Clerk of Court

Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020